No. 11-6367. Marlon Flowers, Petitioner v. New York.

565 U.S. 1017, 132 S. Ct. 556, 181 L. Ed. 2d 402, 2011 U.S. LEXIS 8050.

November 7, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, First Judicial Department, denied.

Same case below, 83 App. Div. 3d 524, 922 N.Y.S.2d 297.

No. 11-6394. Heilia Fairclough, Petitioner v. Wawa Inc.

565 U.S. 1017, 132 S. Ct. 556, 181 L. Ed. 2d 402, 2011 U.S. LEXIS 7987.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 412 Fed. Appx. 465.

No. 11-6399. Ronald A. Glick, Petitioner v. Dave Edwards, et al.

565 U.S. 1017, 132 S. Ct. 556, 181 L. Ed. 2d 402, 2011 U.S. LEXIS 7972.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-6402. Rodney J. Forness, Petitioner v. Michael J. Astrue, Commissioner of Social Security.

565 U.S. 1017, 132 S. Ct. 556, 181 L. Ed. 2d 402, 2011 U.S. LEXIS 7946,

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 422 Fed. Appx. 66.

No. 11-6424. Zakaria Ajlane, Petitioner v. Eric H. Holder, Jr., Attorney General.

565 U.S. 1017, 132 S. Ct. 557, 181 L. Ed. 2d 402, 2011 U.S. LEXIS 8042.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 11-6430. Edward R. Dumbrique, Petitioner v. California.

565 U.S. 1017, 132 S. Ct. 557, 181 L. Ed. 2d 402, 2011 U.S. LEXIS 8007.

November 7, 2011. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

No. 11-6432. Calvin Carlos Campbell, Petitioner v. Florida.

565 U.S. 1017, 132 S. Ct. 557, 181 L. Ed. 2d 402, 2011 U.S. LEXIS 8064.

November 7, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 65 So. 3d 1056.

No. 11-6433. Carl Donner, Petitioner v. Illinois.

565 U.S. 1017, 132 S. Ct. 557, 181 L. Ed. 2d 402, 2011 U.S. LEXIS 7932.

November 7, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 408 Ill. App. 3d 1124, 376 Ill. Dec. 952, 1 N.E.3d 664.